UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13 B 46492 |
| | ) | |
| WHEATLAND MARKETPLACE, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO JAHNKE, SULLIVAN & TOOLIS, LLC, ATTORNEYS FOR DEBTOR
IN POSSESSION, ALLOWANCE AND PAYMENT OF FIRST INTERIM
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
[EOD # 33]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 15,585.00 | TOTAL COSTS REQUESTED: | $ 1,351.96 |
| TOTAL FEES REDUCED: | $ 400.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 15,185.00 | TOTAL COSTS ALLOWED: | $ 1,351.96 |

TOTAL FEES AND COSTS ALLOWED:  $ 16,536.96

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(4)   Insufficient Description

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

(8)   Clerical Work Not Compensable

The court disallows the compensation of clerical or stenographic employees of the professional

for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

IT IS SO ORDERED.

ENTERED:

Date: MAR 1 1 2014

PAMELA S. HOLLIS
United States Bankruptcy Judge

| Bill Date | Dur/Qty | Rate/Price | Billable Amt | Staff | Desc |
|---|---|---|---|---|---|
| 9/5/2013 | 0.40 | 450.00 | 180.00 | TWT | Reviewed management and operating report |
| 9/6/2013 | 0.10 | 450.00 | 45.00 | TWT | Reviewed Demand letter from Principal Bank |
| 9/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Reviewed July 2013 Operating Report |
| 9/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Reviewed June 2013 Operating Report |
| 9/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Reviewed May 2013 Operating Report |
| 9/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Reviewed April 2013 Operating Report |
| 9/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Reviewed March 2013 Operating Report |
| 9/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Reviewed February 2013 Operating Report |
| 9/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Reviews January's 2013 Operating Report |
| 9/16/2013 | 0.30 | 450.00 | 135.00 | TWT | Review 2011, 2012 Tax Returns |
| 9/18/2013 | 0.20 | 450.00 | 90.00 | TWT | Email to and from client regarding payment of voices prior to bankruptcy |
| 9/19/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to and from client regarding response to bank's demand for payment |
| 9/20/2013 | 0.40 | 450.00 | 180.00 | TWT | Review of loan documents for personal guarantee |
| 9/26/2013 | 0.10 | 450.00 | 45.00 | TWT | Review and respond to client email regarding address to send future payments |
| 9/26/2013 | 0.20 | 450.00 | 90.00 | TWT | Review and respond to email regarding demand for payment |
| 10/7/2013 | 0.10 | 450.00 | 45.00 | TWT | Entry checking account information on schedule A |
| 10/7/2013 | 0.10 | 450.00 | 45.00 | TWT | Updated Statement of Financial Activities with 2011 income |
| 10/7/2013 | 0.10 | 450.00 | 45.00 | TWT | Updated Statement of Financial Activities with 2012 income |
| 10/7/2013 | 0.20 | 450.00 | 90.00 | TWT | Completed schedule A with value of property and lien information |
| 10/7/2013 | 0.30 | 450.00 | 135.00 | TWT | Entry of creditors on schedule F |
| 10/11/2013 | 1.10 | 450.00 | 495.00 | TWT | Conference with client, review of petition, schedules, additional information needed |
| 10/28/2013 | 0.40 | 450.00 | 180.00 | TWT | Phone conference with planning    (4)  (-$180.00) |
| 11/5/2013 | 0.30 | 450.00 | 135.00 | TWT | Reviewed Pre-negotiation letter |
| 11/11/2013 | 0.40 | 450.00 | 180.00 | TWT | Phone conference with client    (4)  (-$180.00) |
| 11/25/2013 | 0.10 | 450.00 | 45.00 | TWT | Update statement of Financial Affairs |
| 11/25/2013 | 0.20 | 450.00 | 90.00 | TWT | Updated schedule F |
| 11/25/2013 | 0.20 | 450.00 | 90.00 | TWT | Complete Statement of financial activities 1-18 |
| 11/25/2013 | 0.20 | 450.00 | 90.00 | TWT | Complete Statement of Financial Activities 19-25 |
| 12/2/2013 | 0.40 | 450.00 | 180.00 | TWT | Conference with client review of Petition and schedule for signature |
| 12/3/2013 | 0.10 | 450.00 | 45.00 | TWT | Email with client case, Judge assignment, 341, IDI dates |
| 12/3/2013 | 0.20 | 450.00 | 90.00 | TWT | Preparation of Affidavit for Application to Employ |
| 12/3/2013 | 0.20 | 450.00 | 90.00 | TWT | Preparation of Order on Application to Employ |
| 12/3/2013 | 0.30 | 450.00 | 135.00 | TWT | Filing of Chapter 11 Petition |
| 12/3/2013 | 0.30 | 450.00 | 135.00 | TWT | Preparation of application to Employ |
| 12/3/2013 | 0.30 | 450.00 | 135.00 | TWT | Edit schedule with updated information and preparation for filing |
| 12/3/2013 | 0.60 | 450.00 | 270.00 | TWT | Final review and preparation of documents before filing Chapter 11 petition |
| 12/4/2013 | 0.10 | 450.00 | 45.00 | TWT | Review email from client with real estate management information |
| 12/4/2013 | 0.10 | 450.00 | 45.00 | TWT | Conference with Rich Robey regarding insurance certificate and Motion for Retention of property |
| 12/4/2013 | 0.20 | 450.00 | 90.00 | TWT | Review management contract for Edgemark |
| 12/5/2013 | 0.10 | 450.00 | 45.00 | TWT | Review email and respond to client regarding Notice of Filing |
| 12/6/2013 | 0.10 | 450.00 | 45.00 | TWT | Review email and respond to client's email regarding cash collateral hearing |
| 12/6/2013 | 0.10 | 450.00 | 45.00 | TWT | Review email and respond regarding work performed post petition |
| 12/6/2013 | 0.10 | 450.00 | 45.00 | TWT | Email Paul Lehman with filed copy of petition |
| 12/6/2013 | 0.10 | 450.00 | 45.00 | TWT | Review email regarding Certificate of Insurance of US Trustee added as Insured |
| 12/9/2013 | 0.20 | 450.00 | 90.00 | TWT | Call to Aaron Gavant regarding status |
| 12/9/2013 | 0.90 | 450.00 | 405.00 | TWT | Preparation of application to Employ Edgemark |
| 12/10/2013 | 0.10 | 450.00 | 45.00 | TWT | Review signature card for property in possession account and email client with changes needed |
| 12/10/2013 | 0.20 | 450.00 | 90.00 | TWT | Call to client Crane's business article |
| 12/10/2013 | 0.60 | 450.00 | 270.00 | TWT | Hearing on Motion to use cash |
| 12/10/2013 | 2.20 | 225.00 | 495.00 | TWT | Travel to and from court |
| 12/11/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to Rick Robey regarding sign affidavit in support of retention of Edgemark |
| 12/11/2013 | 0.10 | 450.00 | 45.00 | TWT | Verify title F Property in Possession account for bank |
| 12/11/2013 | 0.10 | 450.00 | 45.00 | TWT | Email Rich Robey operating instructions from the United States Trustee's office |
| 12/11/2013 | 0.10 | 450.00 | 45.00 | TWT | Read and review email form Rich Robey regarding Titling of operating report |
| 12/11/2013 | 0.10 | 450.00 | 45.00 | TWT | Update Application to Employ for filing |
| 12/11/2013 | 0.20 | 450.00 | 90.00 | TWT | Preparation of Order setting bar date |
| 12/11/2013 | 0.20 | 450.00 | 90.00 | TWT | Preparation of Motion setting Bar date |
| 12/11/2013 | 0.30 | 450.00 | 135.00 | TWT | Preparation of Order to Employ Tom Toolis |
| 12/11/2013 | 0.40 | 450.00 | 180.00 | TWT | Preparation of Order employing Edgemark |
| 12/11/2013 | 0.40 | 450.00 | 180.00 | TWT | Preparation of declaration of Richard Robey |
| 12/11/2013 | 0.60 | 450.00 | 270.00 | TWT | Prepare Affidavit of Tom Toolis in support of Motion to Employ |
| 12/15/2013 | 0.10 | 450.00 | 45.00 | TWT | Review email from client regarding contract information for leasing agent |
| 12/15/2013 | 0.10 | 450.00 | 45.00 | TWT | Email from client regarding changes to Cash Collateral Order |
| 12/15/2013 | 0.10 | 450.00 | 45.00 | TWT | Review comments from client regarding Cash Collateral Order and Budget |
| 12/15/2013 | 0.30 | 450.00 | 135.00 | TWT | Review Bank's proposal Cash collateral Order |
| 12/15/2013 | 0.30 | 450.00 | 135.00 | TWT | Review email from client regarding Cash Collateral Order and Budget |
| 12/16/2013 | 0.10 | 450.00 | 45.00 | TWT | Review email from client regarding change to proposed budget |
| 12/16/2013 | 0.30 | 450.00 | 135.00 | TWT | Review proposed Cash Collateral Order and Budget |
| 12/16/2013 | 0.30 | 450.00 | 135.00 | TWT | Review final Cash Collateral Order and Budget |
| 12/17/2013 | 0.10 | 450.00 | 45.00 | TWT | Call to opposing counsel regarding changes to Cash Collateral Order |
| 12/17/2013 | 0.20 | 450.00 | 90.00 | TWT | Review modified Cash Collateral Order |
| 12/17/2013 | 0.20 | 450.00 | 90.00 | TWT | Revised Cash Collateral Order |
| 12/17/2013 | 0.20 | 450.00 | 90.00 | TWT | Preparation of Cash Collateral Order for Court Appearance |
| 12/17/2013 | 0.60 | 450.00 | 270.00 | TWT | Preparation of documents, Review file for Initial Debtor Interview |
| 12/17/2013 | 0.70 | 450.00 | 315.00 | TWT | Court appearance on Motion to Use Cash |
| 12/17/2013 | 2.20 | 225.00 | 495.00 | TWT | Travel to and from court |
| 12/18/2013 | 0.10 | 450.00 | 45.00 | TWT | Emailed opposing counsel regarding meeting availability |
| 12/18/2013 | 0.40 | 450.00 | 180.00 | TWT | Initial Debtor Interview - Court Appearance |
| 12/18/2013 | 1.20 | 225.00 | 270.00 | TWT | Traveled to and from court |
| 12/19/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to client regarding status of cash collateral order |
| 12/19/2013 | 0.10 | 450.00 | 45.00 | TWT | Reviewed Shut off Notices for Utilities |
| 12/20/2013 | 0.10 | 450.00 | 45.00 | TWT | Email from client regarding contact info for Commercial Leasing Agents |

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 12/23/2013 | 0.10 | 450.00 | 45.00 | TWT | Conference with Chicago Title regarding Sale of Non-Debtor Property |
| 12/27/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to A. Gavant regarding meeting date for Settlement Conference with Bank |
| 12/31/2013 | 0.10 | 450.00 | 45.00 | TWT | Email from client regarding collection of debts. Needs to retain collection firm |
| 12/31/2013 | 0.30 | 450.00 | 135.00 | TWT | Review email and response from Tyler Manic regarding retention of collection firm |
| 1/6/2014 | 0.10 | 450.00 | 45.00 | TWT | Email to Tyler Marie regarding note for collection services; copy of retention agreement for application to employ |
| 1/6/2014 | 0.10 | 450.00 | 45.00 | TWT | Email to Paul Lehman regarding documents needed for bank meeting |
| 1/6/2014 | 0.10 | 450.00 | 45.00 | TWT | Email to Aaron Gavant regarding schedule meeting with bank |
| 1/7/2014 | 0.20 | 450.00 | 90.00 | TWT | Review email from Rich Robey regarding Nicor Collection Notice |
| 1/7/2014 | 0.30 | 450.00 | 135.00 | TWT | Preparation of response to motion for relief from stay |
| 1/9/2014 | 0.10 | 450.00 | 45.00 | TWT | Email from Aaron Gavant regarding 341 meeting, Insurance certificate, etc |
| 1/9/2014 | 0.10 | 450.00 | 45.00 | TWT | Email regarding need updated insurance certificate |
| 1/9/2014 | 0.10 | 450.00 | 45.00 | TWT | Email to Michael Wesley regarding Retention Agreement |
| 1/9/2014 | 0.10 | 450.00 | 45.00 | TWT | Email from client regarding retention of collection firm |
| 1/9/2014 | 0.20 | 450.00 | 90.00 | TWT | Email to client regarding 341 meeting, retention of collection law firm |
| 1/9/2014 | 0.30 | 450.00 | 135.00 | TWT | Reviewed documents and prepared for 341 meeting |
| 1/9/2014 | 0.40 | 450.00 | 180.00 | TWT | Attend 341 meeting |
| 1/9/2014 | 2.20 | 225.00 | 495.00 | TWT | Travel to and from court for 341 meeting |
| 1/11/2014 | 0.20 | 450.00 | 90.00 | TWT | Review Nicor's Demand Letter |
| 1/13/2014 | 0.10 | 450.00 | 45.00 | TWT | Review demand letter from C-III |
| 1/13/2014 | 0.10 | 450.00 | 45.00 | TWT | Email from client requesting wire instructions from secured lender |
| 1/13/2014 | 0.10 | 450.00 | 45.00 | TWT | Review and forward email from Aaron Gavant regarding Brohen's report and requested documents |
| 1/13/2014 | 0.10 | 450.00 | 45.00 | TWT | Review email from Paul Lehman regarding expenses |
| 1/13/2014 | 0.10 | 450.00 | 45.00 | TWT | Review response from Rich Robey regarding payment of utilities |
| 1/13/2014 | 0.10 | 450.00 | 45.00 | TWT | Email to Rich Robey regarding payments of utilities |
| 1/13/2014 | 0.10 | 450.00 | 45.00 | TWT | Email to Paul Lehman regarding regarding valuation reports and forward copies to secured lender |
| 1/13/2014 | 0.20 | 450.00 | 90.00 | TWT | Review and respond to email from Paul Lehman regarding expenses to pay from DIP account |
| 1/13/2014 | 0.30 | 450.00 | 135.00 | TWT | Email and review response to Aaron Gavant regarding emergency repair to fire alarm systems |
| 1/13/2014 | 0.30 | 450.00 | 135.00 | TWT | Email to Aaron Gavant regarding Budget, rent roll and income assignment |
| 1/13/2014 | 0.30 | 450.00 | 135.00 | TWT | Email and response to Aaron Gavant regarding payment of fire alarm system repairs |
| 1/13/2014 | 0.40 | 450.00 | 180.00 | TWT | Review accounts payable and allocate expenses to Cash Collateral Order |
| 1/15/2014 | 0.10 | 450.00 | 45.00 | TWT | Follow up conference call with Paul Lehman regarding Budget, Cash Collateral and Expenses |
| 1/15/2014 | 0.10 | 450.00 | 45.00 | TWT | Email to Tyler Manic regarding representing debtor in collection matters |
| 1/15/2014 | 0.10 | 450.00 | 45.00 | TWT | Email and response to Paul Lehman regarding Canceled meeting with secured lender |
| 1/15/2014 | 0.10 | 450.00 | 45.00 | TWT | Review email from secured lender regarding need wire instructions |
| 1/15/2014 | 0.10 | 450.00 | 45.00 | TWT | Email regarding secured lender right to object to Cash Collateral Order |
| 1/15/2014 | 0.10 | 450.00 | 45.00 | TWT | Phone conference with Aaron Gavant regarding Cash Collateral Order |
| 1/15/2014 | 0.20 | 450.00 | 90.00 | TWT | Email and reply to Rich Robey regarding expenses to pay under Budget Order |
| 1/15/2014 | 0.20 | 450.00 | 90.00 | TWT | Email and confirmation of Settlement conference and inspection of property with secured lender |
| 1/15/2014 | 0.30 | 450.00 | 135.00 | TWT | Phone conference with Rich Robey and Paul Lehman regarding accounts |
| 1/16/2014 | 0.20 | 450.00 | 90.00 | TWT | Review of accounts payable |
| 1/16/2014 | 0.20 | 450.00 | 90.00 | TWT | Review of collection attorney retainer |
| 1/16/2014 | 0.90 | 450.00 | 405.00 | TWT | Hearing on application to employ law firm |
| 1/16/2014 | 2.10 | 225.00 | 472.50 | TWT | Travel to and from court |
| 1/20/2014 | 0.10 | 450.00 | 45.00 | TWT | Email to opposing counsel regarding Approval of proposed February 2014 budget |
| 1/20/2014 | 0.10 | 450.00 | 45.00 | TWT | Review monthly report |
| 1/20/2014 | 0.20 | 450.00 | 90.00 | TWT | Review and revise February Budget |
| 1/27/2014 | 0.10 | 450.00 | 45.00 | TWT | E-mail to client re: Cash Collateral Order. Cash issues with budget etc. |
| 1/27/2014 | 0.30 | 450.00 | 135.00 | TWT | Review and revise Cash Collateral Order. |
| 1/28/2014 | 0.60 | 450.00 | 270.00 | TWT | Court Appearance. Motion to use cash. |
| 1/28/2014 | 1.90 | 225.00 | 427.50 | TWT | Travel to and from court. |
| 1/29/2014 | 0.10 | 450.00 | 45.00 | TWT | Review e-mail from Aaron Gavant: site inspection. |
| 1/29/2014 | 0.10 | 450.00 | 45.00 | TWT | Review e-mail from client re: Bank site inspection. |
| 1/30/2014 | 0.10 | 450.00 | 45.00 | TWT | E-mail to and from client re: payment of Adequate Protection. |
| | 40.40 | | 15,525.00 | | |

**Paralegal Time**

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 1/13/2014 | 0.20 | 100.00 | 20.00 | LLD | Filed Affidavit and Statement Pursuant to Rule 2016(B) Regarding Motion to Employ Counsel - Thomas W. Toal's |
| 10/10/2013 | 0.40 | 100.00 | 40.00 | LLD | Emailed Draft to Client, Saved and Printed Documents from Client's Email |
| | 0.60 | | 60.00 | | |

(8)  (-$40.00)

**Expenses**

| Date | Qty | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 10/7/2013 | 54.00 | 0.10 | 5.40 | TWT | Copies 54 pages at .10 - Management and financial report |
| 12/5/2013 | 1.00 | 1,213.00 | 1,213.00 | TWT | Clerk of the Court - Filing Fee |
| 12/10/2013 | 1.00 | 28.00 | 28.00 | TWT | Parking |
| 12/17/2013 | 1.00 | 28.00 | 28.00 | TWT | Parking |
| 12/17/2013 | 60.00 | 0.10 | 6.00 | TWT | Copies of tax returns for US Trustee. 60 pages @ $.10 per page. |
| 1/16/2014 | 1.00 | 31.00 | 31.00 | TWT | Parking |
| 1/31/2014 | 1.00 | 10.80 | 10.80 | TWT | Copy Fees |
| 1/31/2014 | 1.00 | 11.52 | 11.52 | TWT | United States Mail - Postage |
| 1/31/2014 | 1.00 | 7.20 | 7.20 | TWT | Copies |
| 1/31/2014 | 1.00 | 11.04 | 11.04 | TWT | United States Mail - Postage |
| | | | 1,351.96 | | |

16,936.96