# EXHIBIT B

## Acquisition Fee Agreement

This Acquisition Fee Agreement is entered into as of April __11__, 2014 by and among Wheatland Marketplace, LLC, an Illinois limited liability company ("Seller"), ArciTerra Properties, LLC, an Arizona limited liability company ("Buyer") and ArciTerra Strategic Retail Advisor, LLC, an Arizona limited liability company ("Advisor").

If, but only if, COE occurs pursuant to and as provided in that certain Purchase Agreement and Joint Escrow Instructions ("Agreement") dated evenly herewith between Seller and Buyer with respect to the sale of improved real property located at SEC 95th Street and Route 59, Naperville, Illinois, Seller shall pay Advisor or its assigns the sum of $662,900, less the hereafter defined Additional Costs (the "Acquisition Fee"). In no event shall the Acquisition Fee be deemed a "brokers' commission". The Acquisition Fee shall be paid at COE. If directed by Buyer, said monies shall be credited against the Purchase Price, in lieu of payment of the Acquisition Fee directly to Advisor. For purposes hereof, "Additional Costs" means the actual closing costs and expenses payable by Seller pursuant to the Agreement for Seller costs applicable to that portion of the Purchase Price equal to the Acquisition Fee amount, including, but not limited to, that portion of Seller's State and County Transfer Stamps and Title Insurance costs.

Each of Seller, Buyer and Advisor and their respective agents, directors, officers, and employees agree that the contents of this fee agreement will be kept confidential and will not be revealed to anyone prior to closing, except their respective attorneys, accountants and similar parties with a need to know who are also informed of and obligated to maintain the confidentiality of this fee agreement. Notwithstanding the foregoing, (i) Buyer shall be entitled to disclose the existence of the fee to be paid pursuant to this fee agreement as required in connection with Buyer's or Buyer's affiliate's securities offering(s) related to the Property (as defined in the Agreement) and (ii) Seller shall be permitted to disclose the existence of the Acquisition Fee to any court with jurisdiction in connection with obtaining Bankruptcy Court Approval. Seller shall obtain any necessary court or creditor approvals to permit Seller to pay the Acquisition Fee as provided herein and to ensure that the Acquisition Fee is excluded from any bankruptcy estate or otherwise made available to or paid to Seller's creditors.

All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Agreement. This Agreement may be executed in counterparts. A facsimile or email copy of this Acquisition Fee Agreement and any signature hereon shall be considered an original for all purposes hereof. The effectiveness of the Agreement is subject to the execution and delivery of this Acquisition Fee Agreement by the parties hereto.

*[signature page(s) immediately follow]*

Signature Page to Acquisition Fee Agreement
Naperville, IL

**ArciTerra Properties, LLC**

By: ArciTerra Group, LLC
Its: Manager

_____
Jonathan M. Larmore, Manager


**ArciTerra Strategic Retail Advisor, LLC**

By: ArciTerra Group, LLC
Its: Manager

_____
Jonathan M. Larmore, Its Manager


**Wheatland Marketplace, LLC**

By: _____
Name: PAUL J. LEHMAN
Title: MANAGER