UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 13-46492
Wheatland Market Place, LLC )
)
) Chapter: 11
)
) Honorable Pamela S. Hollis
)
)
Debtor(s) )

**ORDER FOR MOTION TO APPROVE SALE OF PROPERTY FREE AND CLEAR OF LIENS 363(f) WITH SHORTENED NOTICE**

THIS CAUSE COMING ON TO BE HEARD on the Debtors Agreed Motion to to Sell Property Free and Clear of Liens with Shortened Notice, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due NOTICE having been given to the parties entitled thereto;

IT IS HEREBY ORDERED THAT;

1. The Debtor's motion to sell the property located at: 3124 South Route 59, Naperville, Illinois; and Part of 3224 South Route 59, Naperville, Illinois; and
3204 South Route 59, Naperville, Illinois, free and clear of liens is hereby granted.

2. Payment of the $662,900.00 acquisition fee to ArciTerra Strategic Retail Advisor, LLC is approved as part of the purchase price.

3. Debtor's request for leave to shorten notice and waiver of Rule 2002 is hereby granted.

4. Any and all liens on this property shall attach to the proceeds of the sale.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: April 22, 2014

**Prepared by:**