# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-46492 |
| | ) | |
| | ) | CHAPTER 11 |
| Wheatland Marketplace, LLC | ) | |
| | ) | Judge Pamela S. Hollis |
| | ) | |
| Debtor. | ) | September 16, 2014 at 10:00am |

## NOTICE OF MOTION TO DISMISS PURSUANT TO 11 USC §1112

**SEE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that on 16TH day of September, at the hour of 10:00 a.m., the undersigned shall appear before the Honorable Pamela S. Hollis, in Courtroom 644, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge sitting in his stead, and then and there present the **MOTION TO DISMISS DEBTOR'S CHAPTER 11 CASE** at which time you may appear if you see fit and a copy of which attached and herewith served upon you.

/s/ Thomas W. Toolis
One of the Attorneys

Thomas W. Toolis (# 6270743)
Jahnke & Toolis, LLC
10075 West Lincoln Highway
Frankfort Illinois 60423
(708)349-9333

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that he served a copy of the foregoing Notice of Motion and Motion to Dismiss by U.S. Mail in Frankfort, IL 60423 to the above named parties on August 27, 2014.

/s/ Thomas W. Toolis

1

Label Matrix for local noticing
0752-1
Case 13-46492
Northern District of Illinois
Chicago
Wed Dec 11 13:50:37 CST 2013

Wheatland Marketplace, LLC
2316 Fawn Lake Circle
Naperville, IL 60564-4658

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Arthur Jakl Architect
6n025 Linden Ave.
Medinah, IL 60157-9791

Balanced Environments, Inc.
Attn: Bruce A. Church
17950 West Illinois Route 173
Wadsworth, IL 60083

Builders Maintenance Company, Inc.
Attn: Thomas J. Synak
1262 West Lake Street
Roselle, IL 60172-3364

Chris Brantley
C-III Asset Management, LLC
5221 North O'Connor Blvd. ste. 600
Irving, TX 75039-4414

City of Naperville
400 South Eagle Street
Naperville, IL 60540-5279

Correct Electric
3 E. Front Street #629
Newark, IL 60541-4101

Diversified Waste Solutions, LLC
Attn: Michael J. Denker
4 N 701 Shcool Road
Saint Charles, IL 60175

Dommermuth Cobine
111 East Jefferson Ave
Naperville, IL 60540-4791

Heritage Electrical Construction
Att: Martin F. Swiatowski
15900 South Wolf Road, Ste 202
Orland Park, IL 60467-5542

Nicor
PO Box 549
Aurora, IL 60507-0549

Nicor Gas
Attention Bankruptcy Department
PO Box 549
Aurora, IL 60507-0549

Nicor c/o Patricia Fennel
1844 Ferry Road
Naperville, IL 60563-9600

Paul Lehman
2316 Fawn Lake Circle
Naperville, IL 60564-4658

Professional Cleaning Company
Attn: James J. Weinberg
1442 Fairway Drive
Glendale Heights, IL 60139-3616

Sarnoff & Baccash, Ltd.
Attn: Robert M. Sarnoff
One National LaSalle St., Ste. 1920
Chicago, IL 60602

Schain, Burney,Banks & Kenny, Ltd.
Attn: Kevin Wolfberg
70 West Madison St., Ste. 4500
Chicago, IL 60602-4227

Scott B. Greene
Perkins Coie
131 South Dearborn St., Suite 1700
Chicago, IL 60603-5559

Tucker Development
Attn: Cary S. Glenner
799 Central Ave., Ste. 3000
Highland Park, IL 60035-5641

Valley Enterprises, Inc.
Attn: Craig V. Mazzola
640 Varsity Drive
Elgin, IL 60120-8177

Weber & Associates, CPA's
314 North Lake St., Ste. 1B
Aurora, IL 60506-4086

Wells Fargo Commercial Mortgage
1901 Harrison Street 2nd Floor
Oakland, CA 94612-3652

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Thomas W Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, IL 60423-1272

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-46492 |
| | ) | |
| | ) | CHAPTER 11 |
| Wheatland Marketplace, LLC | ) | |
| | ) | Judge Pamela S. Hollis |
| | ) | |
| Debtor. | ) | September 16, 2014 at 10:00am |

**MOTION TO DISMISS CHAPTER 11 CASE**

Wheatland Market Place, LLC. ("Debtor"), submits this motion (the "Motion") for entry of an order dismissing this Chapter 11 Case. In support of this Motion, the Debtors respectfully represents as follows:

**BACKGROUND**

1. On December 3, 2013 (the "Petition Date"), the Debtors filed voluntary petitions in the Court for reorganization relief under chapter 11 of the title 11 of the United States Code, 11 U.S.C.§§ 101-1532 (the "Bankruptcy Code"). The Debtors continue to operate their business and manage their properties as debtors-in-possession under sections 1107(a) and 1108 of the Bankruptcy Code.

2. To date, no trustee or examiner has been appointed in this chapter 11 case.

3. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28. U.S.C. §157(b)(2).

2

4. The statutory predicate for the relief requested herein is section 1121(d) of the Bankruptcy Code.

## RELIEF REQUESTED

5. The Debtor is seeking to voluntarily dismiss its Chapter 11 Bankruptcy Case, sell substantially all of its assets and pay all creditors in full from the proceeds.

## BASIS FOR RELIEF

6. Since the commencement of this case, the Debtor has devoted substantial time and resources to the pursuit of potential sale of substantially all the assets of the Company.

7. The Debtor expects the sale of its assets to occur on September 26, 2014. Proceeds from the sale are sufficient to pay all creditors in full.

## APPLICABLE AUTHORITY

8. Section 1112(b)(1) in pertinent part states that the Court shall dismiss a case under this chapter, if dismissal is in the best interest of creditors and the estate, if the movant shows cause.

9. Debtor was entitled to dismissal of his voluntary Chapter 11 case, although unsecured creditors' committee sought conversion of case to Chapter 7 and argued dismissal would not be in best interests of creditors since they would be sent into state court to pursue their individual remedies; no post-petition transfers were alleged, no preferences cited, and no loss to estate from debtor's actions were shown by creditors, and debtor's request for dismissal should ordinarily be granted unless some plain legal prejudice to creditors would result. In re Kimble, Bkrtcy.D.Mont.1988, 96 B.R. 305.

3

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order (a) dismissing this Chapter 11 case, and (b) granting the Debtor such other and further relief as in just and proper.


Dated: August 27, 2014                          Respectfully Submitted,
                                                /s/ Thomas W. Toolis
                                                One of the Attorneys



Thomas W. Toolis (# 6270743)
Jahnke Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, Illinois 60423
(708)349-9333
twt@jtlawllc.com

4